Fill in this information to identify the case:

United States Bankruptcy Court for the:
__Southern District of Texas__

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | **Vetcore Technology L.L.C.** | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as names* | **Vetcore Technology and Electrical Services**<br>**TexVoip Communications** | |
| 3. Debtor's federal Employer Identification Number (EIN) | 8 2 – 0 9 5 0 4 5 3 | |
| 4. Debtor's address | **Principal place of business**<br><br>15407 Elm Sky Ct<br>Number    Street<br><br>Cypress, TX 77429-6582<br>City           State    ZIP Code<br><br>Harris<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>Number    Street<br><br>_____<br>City           State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number    Street<br><br>_____<br>City           State    ZIP Code |
| 5. Debtor's website (URL) | www.vetcoretech.com | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Official Form 201             **Voluntary Petition for Non-Individuals Filing for Bankruptcy**             page **1**

Debtor **Vetcore Technology L.L.C.**　　　　　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))
❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
❏ Railroad (as defined in 11 U.S.C. §101(44))
❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))
❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))
❏ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

❏ Tax-exempt entity (as described in 26 U.S.C. §501)
❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**2  3  8  9**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❏ Chapter 7

❏ Chapter 9

☑ Chapter 11. *Check all that apply:*

　❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
　❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
　❏ A plan is being filed with this petition.
　❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❏ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
❏ Yes.  District _____  When _____  Case number _____
　　　　　　　　　　　　　　　　MM / DD / YYYY
　　　　District _____  When _____  Case number _____
　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
❏ Yes.  Debtor _____  Relationship _____
　　　　District _____  When _____
　　　　　　　　　　　　　　　　　MM / DD / YYYY
　　　　Case number, if known _____

Debtor  **Vetcore Technology L.L.C.**                    Case number *(if known)*
                Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>　　　　　　　　　　　Number　　Street<br>_____<br>City　　　　　　State　ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>　　　　　Contact name _____<br>　　　　　Phone _____ |

| **Statistical and administrative information** | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49　☑ 50-99　☐ 1,000-5,000　☐ 5,001-10,000　☐ 25,001-50,000　☐ 50,000-100,000<br>☐ 100-199　☐ 200-999　☐ 10,001-25,000　☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000　　　　　　☐ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　　☐ $10,000,001-$50 million　　☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　　☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　　☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor  **Vetcore Technology L.L.C.**                                              Case number *(if known)* _____
        Name

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04/07/2025**
             MM/ DD/ YYYY

X _/s/ Michael Higgins_
Signature of authorized representative of debtor

Printed name: **Michael Higgins**

Title: **CEO**

**18. Signature of attorney**

X **/s/ Broocks M. Wilson**
Signature of attorney for debtor

Date **04/07/2025**
     MM/ DD/ YYYY

Printed name: **Broocks Wilson**

Firm name: **Wilson Friery PLLC**

Number Street: **708 Main Street 10th Floor**

City: **Houston**   State: **TX**   ZIP Code: **77002**

Contact phone: **832-942-7999**   Email address: **mack@wilsonfriery.com**

Bar number: **24102655**   State: **Texas**